ORIGINAL

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

DAVID A. NORKIN
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: david.norkin@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 08 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00145 |
| Plaintiff, ) | INFORMATION |
| vs. ) | [18 U.S.C. § 930(a)] |
| JEREMY R. JONES, ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges that:

On or about February 24, 2005, in the District of Hawaii, the defendant, JEREMY R. JONES, knowingly possessed and caused to be present a dangerous weapon, to wit: a cane sword, in the P.J.K.K. Federal Building, a federal facility located at 300

Ala Moana Blvd., Honolulu, Hawaii, in violation of Title 18, United States Code, Section 930(a).

DATED: April 8, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
DAVID A. NORKIN
Special Assistant U.S. Attorney