AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JEREMY R. JONES
1502 SPRECKLES STREET, APT. 402A
HONOLULU, HI 96822
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00145

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | MAY 25, 2005 AT 9:00 AM |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 930(A).

Brief description of offense:
ATTEMPT/POSSESS/CAUSE WEAPON IN FEDERAL FACILITY

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

/s/ Erin Taniguchi
Signature of Issuing Officer/Deputy Clerk

APRIL 12, 2005
Date



AO 83 (Rev. 12/85) Summons in a Criminal Case                               CR 05-00145

# RETURN OF SERVICE

Service as made by me on:[1]                          Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____    _____ Mark M. Hanohano
                   Date                 Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure