# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
04/14/2005 4:30 PM
WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:** CR 05-00145

**CASE NAME:** USA vs. Jeremy R. Jones

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN         **REPORTER:**

**DATE:** 04/14/2005                     **TIME:**

                                         **ROOM:**

---

**COURT ACTION:** EO

A & P to the Information set for 5-25-05 is moved to 4-27-05 @ 9 a.m. before BMK.

Notified David Norkin, Loretta Faymonville

Submitted by: Richlyn Young, Courtroom Manager

*Created: 04/14/2005 04:24:25 PM*                          Document: 59065546