AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JEREMY R. JONES
1502 SPRECKLES STREET, APT. 402A
HONOLULU, HI 96822
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00145

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>MAY 25, 2005 AT 9:00 AM |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 930(A).

Brief description of offense:
ATTEMPT/POSSESS/CAUSE WEAPON IN FEDERAL FACILITY

Walter A.Y.H. Chinn
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

APRIL 12, 2005
Date

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case                                CR 05-00145

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service as made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____        _____ Mark M. Hanohano
                Date                                        Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeremy R. JOnes
   1502 Spreckles Street, Apt. 402A
   Honolulu, HI  96822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jeremy Jones      C. Date of Delivery: 4-14-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   102595-02-M-1540

PS Form ____, February ____

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

U.S. MARSHALS SERVICE
P.O. Box ____
Honolulu, HI _____

Sharon

J.R.Jones 04/12/05 05-00145