# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 05-00145

CASE NAME:     USA v. Jeremy R. Jones

ATTYS FOR PLA:     David A. Norkin

ATTYS FOR DEFT:     Michael Weight

INTERPRETER:

JUDGE:     Barry M. Kurren         REPORTER:     C6F

DATE:     4/27/2005              TIME:     9:29 - 9:33

COURT ACTION:  EP:  A & P to the Information - deft present not in custody.
Arrn waived.  Plea of NOT GUILTY entered.
NJT set for 6-22-05 @ 9 a.m., KSC.
Deft to notify court by 6-1-05 if a jury demand is requested.

Bail set at:
$5,000 unsecured bond
(7b)     Comply with pretrial services supervision, and abide by all conditions of release as
         directed by Pretrial Services.

(7g2)   Do not apply for/obtain a passport.

(7h1)   Travel is restricted to State of Hawaii; inter-island travel must be approved in
        advance by Pretrial Services.

(7s2)   You are prohibited from possessing, or having access to any firearm, ammunition,
        destructive device, or other dangerous weapon. Immediately surrender all firearms,
        ammunition, destructive devices, and other dangerous weapons to an agent
        approved by Pretrial Services.

G:\docs\richlyn\cr 05-145 jones 4-27-05.wpd

Other Conditions:    Based upon the results of a post release interview, you may be required to submit to drug and/or participate in any recommended treatment, as directed by Pretrial Services. You must contribute toward the costs of the substance abuse testing and treatment services, to the extent you are financially able to do so, as determined by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

♦    You shall not commit any offense in violation of federal state, or local law while on release in this case.

♦    You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Richlyn Young, Courtroom Manager