# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00145

CASE NAME:        USA v. Jeremy R. Jones

ATTYS FOR PLA:    David Norkin

ATTYS FOR DEFT:   no appearance

INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:   FTR C6

DATE:    6/22/2005                TIME:       9:47:54-9:48:06

COURT ACTION:  EP: Non Jury Trial. Per the agreement of counsel, Non Jury Trial continued to 7/27/05 at 9:00am, Judge Kurren.

Submitted by: Shari Afuso, Courtroom Manager



G:\docs\snm\Jeremy Jones.sa.wpd