# MINUTES



```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF HAWAII
                                 07/15/2005 4:30 PM
                                 SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00145

**CASE NAME:** USA                         vs.  Jeremy R. Jones

**INTERPRETER:**

---

**JUDGE:** JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:** 07/15/2005                       **TIME:**

                                           **ROOM:**

---

**COURT ACTION:** EO

Continued : [Non Jury Trial] from 07/27/2005 09:00:00 AM to 09/28/2005 09:00:00 AM before LEK.

Mari from Weight's office to notify parties.


Submitted by: Richlyn Young, Courtroom Manager

*Created: 07/15/2005 04:52:25 PM*                               Document: 52493321