# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00145 |
| CASE NAME: | USA vs. Jeremy R. Jones |
| ATTYS FOR PLA: | Keith Celebreeze |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 |
| DATE: | 4/7/2006 | TIME: | 10:41:32-10:46:14 |

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked -

Defendant Jeremy R. Jones present.

Defendant admits to the violations.

Court orders that the defendant remain in the diversion program.

Defendant's request that the bail conditions imposed on the charges be removed - no objection by the government - Granted.

Defendant to remain under the same conditions that were imposed in the Diversion Program.

Submitted by: Toni Fujinaga, Courtroom Manager.