EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

ELIZABETH JOSEPHSON
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: elizabeth.josephson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00145 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| VS. | ) | EXCLUDE TIME |
| | ) | |
| JEREMY JONES, | ) | OLD TRIAL DATE: 11/22/06 |
| | ) | NEW TRIAL DATE: 05/09/07 |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the bench trial date presently scheduled for November 22, 2006, be continued to May 9, 2007 at 9:00 a.m. before Magistrate Judge Barry M. Kurren.

IT IS FURTHER STIPULATED AND AGREED by and between the parties, and the Court finds, that the time period beginning and including November 22, 2006, to and including May 9, 2007, be

excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161 on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  This continuance is made at the request of counsel for the parties for the purpose of accommodating pretrial diversion.  The defendant has agreed to continue the trial date as here stipulated.

    IT IS SO STIPULATED

    DATED: Honolulu, Hawaii, November 21, 2006

    /s/ Elizabeth Josephson
    ELIZABETH JOSEPHSON
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    /s/ Alexander Silvert
    ALEXANDER SILVERT
    Attorney for Defendant
    JEREMY JONES

IT IS APPROVED AND SO ORDERED:



    _____
    Kevin S.C. Chang
    United States Magistrate Judge

DATED: Honolulu, Hawaii, November 27, 2006.

United States v. Jeremy Jones
Cr. No. 05-00145
"Stipulation and Order Continuing Trial and to Exclude Time"