EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELIZABETH JOSEPHSON
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: elizabeth.josephson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-00145 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| JEREMY R. JONES, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against Defendant JEREMY R. JONES, due to him making satisfactory adjustment to pretrial diversion by fully complying

with the terms and conditions of the Pretrial Diversion Agreement.

        DATED:  Honolulu, Hawaii, April 11, 2007.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By /s/ Elizabeth H. Josephson
                  ELIZABETH H. JOSEPHSON
                  Special Assistant U.S. Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



                _____
                Kevin S.C. Chang
                United States Magistrate Judge

UNITED STATES v. JEREMY R. JONES
CR. NO.: 05-00145
"Order For Dismissal"